UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>              Plaintiff           )<br>                                  )<br>vs.                               )<br>                                  )<br>Pinon                             )<br>              Defendant(s)        )<br>_____) | CRIMINAL NO. 08CR1377-JAH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / ~~Case Disposed~~ / Order of Court).

Sandra Mendez - Hernandez

DATED: 5/1/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
                DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
            Deputy Clerk